**Opinion issued August 28, 2025.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00321-CV

———————————

## IN RE EDDIE HODGES JR., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Eddie Hodges, Jr., filed a petition for writ of mandamus challenging the trial court's denial of his motion to dismiss real party in interest Crystal Flack's suit against him.[1] Relator requested that the Court vacate the order denying his motion to dismiss and order the trial court to grant the same.

---

[1] The underlying case is *Crystal Flack v. Kennard Law, P.C., Alfonso Kennard, Jr., and Eddie Hodges, Jr.*, Cause No. 2024-88874 in the 281st District Court of Harris County, Texas, the Honorable Christine Weems presiding.

We conclude that relator has failed to establish that he is entitled to mandamus relief, and therefore the Court denies relator's petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).